UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 20 P 4: 35

| | | |
|---|---|---|
| KEON WALKER | : | PRISONER |
| | : | |
| V. | : | CIV. NO. 3:02CV1015 (CFD)(WIG) |
| | : | |
| COUNSELOR DICKSON | : | OCTOBER 17, 2003 |

### THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant moves for summary judgment against the plaintiff's complaint. Based on the evidence in this case, summary judgment is warranted for the following reasons:

1. There are no material issues of fact in dispute concerning the plaintiff's claim for lack of access to court. It is clear from that facts in this case that the plaintiff suffered no harm as a result of any alleged actions of the defendant.

2. Any claims against the defendant in his official capacity are barred by the United States Constitution.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

DEFENDANT
Counselor Dickson

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of October 2003 to:

Keon Walker, Inmate No. 204588
Enfield Correctional Institution
289 Shaker Road, P.O. 1500
Enfield, CT 06083-1500

_____
Neil Parille
Assistant Attorney General

2