# EXHIBIT A

MOVEMENTS NUMBER: 204588 NAME: WALKER, KEON PAGE 1
FILE: ENFIELD CCI MED FILE:

| | DATE | SEQ | LOCATION | JUR | STA |
|---|---|---|---|---|---|
| TRANSFER AMONG DOC LOCATIONS | 7/21/2003 | 1 | 112 ENFIELD CCI | 112 | G |
| TRANSFER AMONG DOC LOCATIONS | 6/23/2003 | 1 | 115 OSBORN CCI | 115 | G |
| TRANSFER AMONG DOC LOCATIONS | 6/10/2003 | 1 | 135 GATES CCI | 135 | G |
| TRANSFER AMONG DOC LOCATIONS | 2/04/2003 | 1 | 115 OSBORN CCI | 115 | G |
| TRANSFER AMONG DOC LOCATIONS | 1/06/2003 | 1 | 128 BROOKLYN CCC | 128 | G |
| TRANSFER AMONG DOC LOCATIONS | 12/20/2002 | 1 | 116 ROBINSON CI | 116 | G |
| TRANSFER AMONG DOC LOCATIONS | 12/18/2002 | 1 | 124 CORR/RAD CC | 124 | G |
| TRANSFER AMONG DOC LOCATIONS | 12/04/2002 | 1 | 140 CORR/RAD CC | 140 | G |
| TRANSFER AMONG DOC LOCATIONS | 11/22/2002 | 1 | 124 CORR/RAD CC | 124 | G |
| TRANSFER AMONG DOC LOCATIONS | 5/29/2002 | 1 | 137 MCDGL/WLKR CI | 137 | G |
| TRANSFER AMONG DOC LOCATIONS | 5/02/2002 | 1 | 140 CORR/RAD CC | 140 | G |
| TRANSFER AMONG DOC LOCATIONS | 4/10/2002 | 1 | 114 MCDGL/WLKR CI | 114 | G |
| START SERVING SENTENCE (1+) | 3/05/2002 | 1 | 121 HARTFORD CCC | 121 | G |
| READMISSION, CONTINUED | 10/24/2001 | 1 | 121 HARTFORD CCC | 121 | U |
| DISCHARGED, SENTENCE TIME SERVED | 7/26/2001 | 1 | 910 D/CHG ALL SNT | 910 | G |
| TRANSFER AMONG DOC LOCATIONS | 12/07/2000 | 1 | 137 MCDGL/WLKR CI | 137 | G |
| TRANSFER AMONG DOC LOCATIONS | 11/30/2000 | 1 | 114 MCDGL/WLKR CI | 114 | G |

AG17 10/16/2003 CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N NUMBER: 00204588 ENTER FOR NEXT PAGE

MOVEMENTS NUMBER: 204588 NAME: WALKER, KEON PAGE 2
FILE: ENFIELD CCI MED FILE:

| | DATE | SEQ | LOCATION | JUR | STA |
|---|---|---|---|---|---|
| TRANSFER AMONG DOC LOCATIONS | 8/17/2000 | 1 | 141 NORTHERN CI | 141 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/26/2000 | 1 | 140 CORR/RAD CC | 140 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/14/2000 | 1 | 124 CORR/RAD CC | 124 | G |
| SENTENCED BY COURT | 11/16/1999 | 1 | 141 NORTHERN CI | 141 | G |
| TRANSFER AMONG LOCATIONS | 10/15/1999 | 1 | 112 ENFIELD CCI | 112 | G |
| START SERVING SENTENCE (1+) | 9/15/1999 | 1 | 121 HARTFORD CCC | 121 | G |
| READMISSION, CONTINUED | 9/02/1999 | 1 | 121 HARTFORD CCC | 121 | U |
| UNSENTENCED DISCHARGE ON BOND | 9/01/1999 | 1 | 940 DCHG TO BOND | 940 | U |
| TRANSFER AMONG LOCATIONS | 5/17/1999 | 1 | 140 CORR/RAD CC | 140 | U |
| READMISSION, CONTINUED | 5/13/1999 | 1 | 121 HARTFORD CCC | 121 | U |
| DISCHARGED, SENTENCE TIME SERVED | 11/09/1998 | 1 | 910 D/CHG ALL SNT | 910 | L |
| SENTENCED BY COURT | 8/04/1998 | 1 | 140 CORR/RAD CC | 140 | L |
| SENTENCED BY COURT | 7/15/1998 | 1 | 140 CORR/RAD CC | 140 | L |
| START SERVING SENTENCE (1-) | 7/02/1998 | 1 | 140 CORR/RAD CC | 140 | L |
| TRANSFER AMONG DOC LOCATIONS | 4/16/1998 | 1 | 140 CORR/RAD CC | 140 | U |
| READMISSION, CONTINUED | 2/27/1998 | 1 | 121 HARTFORD CCC | 121 | U |
| UNSENTENCED DISCHARGE ON BOND | 2/26/1998 | 1 | 940 DCHG TO BOND | 940 | U |

AG17 10/16/2003 CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N NUMBER: 00204588 ENTER FOR NEXT PAGE

MOVEMENTS NUMBER: 204588 NAME: WALKER,KEON PAGE: 3
FILE: ENFIELD CCI MED FILE:

| | DATE | SEQ | LOCATION | JUR | STA |
|---|---|---|---|---|---|
| READMISSION, CONTINUED | 2/23/1998 | 1 | 121 HARTFORD CCC | 121 | U |
| UNSENTENCED DISCHARGE ON BOND | 11/26/1997 | 1 | 940 DCHG TO BOND | 940 | U |
| READMISSION, CONTINUED | 11/25/1997 | 1 | 121 HARTFORD CCC | 121 | U |
| DISCHARGED, SENTENCE TIME SERVED | 4/09/1997 | 1 | 900 DISCHARGE | 900 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/22/1996 | 1 | 115 OSBORN CCI | 115 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/15/1996 | 1 | 124 CORR/RAD CC | 124 | G |
| RETURN FROM PAROLE WITH CHARGES | 7/08/1996 | 1 | 121 HARTFORD CCC | 121 | G |
| RELEASE TO SUPERVISED PAROLE | 6/03/1996 | 1 | 4HN PO1-DEMPSEY | 4P1 | G |
| TRANSFER AMONG DOC LOCATIONS | 8/15/1995 | 1 | 115 OSBORN CCI | 115 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/31/1995 | 1 | 117 WILLARD CI | 117 | G |
| TRANSFER AMONG DOC LOCATIONS | 7/14/1995 | 1 | 114 MCDGL/WLKR CI | 114 | G |
| START SERVING SENTENCE (1+) | 7/03/1995 | 1 | 121 HARTFORD CCC | 121 | G |
| READMISSION, CONTINUED | 3/03/1995 | 1 | 121 HARTFORD CCC | 121 | U |
| DISCHARGED, DID NOT RETURN FROM COURT | 8/09/1994 | 1 | 900 DISCHARGE | 900 | U |
| TRANSFER AMONG DOC LOCATIONS | 4/11/1994 | 1 | 121 HARTFORD CCC | 121 | U |
| READMISSION, CONTINUED | 3/16/1994 | 1 | 129 MORGAN ST DC | 129 | U |
| UNSENTENCED DISCHARGE ON BOND | 3/03/1994 | 1 | 940 DCHG TO BOND | 940 | U |

AG17 10/16/2003 CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N NUMBER: 00204588 ENTER FOR NEXT PAGE

MOVEMENTS NUMBER: 204588 NAME: WALKER, KEON PAGE 4
FILE: ENFIELD CCI MED FILE:

| | DATE | SEQ | LOCATION | JUR | STA |
|---|---|---|---|---|---|
| READMISSION, CONTINUED | 2/24/1994 | 1 | 129 MORGAN ST DC | 129 | U |
| DISCHARGED, DID NOT RETURN FROM COURT | 11/17/1993 | 1 | 900 DISCHARGE | 900 | U |
| TRANSFER AMONG DOC LOCATIONS | 9/24/1993 | 1 | 121 HARTFORD CCC | 121 | U |
| READMISSION, CONTINUED | 9/21/1993 | 1 | 129 MORGAN ST DC | 129 | U |
| TRANSFER AMONG DOC LOCATIONS | 4/07/1993 | 1 | 940 DCHG TO BOND | 940 | U |
| READMISSION, CONTINUED | 3/31/1993 | 1 | 129 MORGAN ST DC | 129 | U |
| DISCHARGED, DID NOT RETURN FROM COURT | 4/25/1991 | 1 | 900 DISCHARGE | 900 | U |
| TRANSFER AMONG DOC LOCATIONS | 4/16/1991 | 1 | 121 HARTFORD CCC | 121 | U |
| NEW ENTRY, ACCUSED-CONTINUED | 4/15/1991 | 1 | 129 MORGAN ST DC | 129 | U |

AG17 10/16/2003 CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60 END

TRANSACTION: P/N NUMBER: 00204588

# EXHIBIT B



State of Connecticut
Judicial Branch

# Case Detail

**Data Updated as of: 10/15/2003**

**Plaintiff Name VS Defendant Name**
**WALKER,204588 VS WARDEN,STATE PRISON**

**Docket Number:** CV-00-0003242-S
**File Date:** Nov 02 2000
*** Last Action Date:** Mar 17 2003
**Case Type:** MISC - HABEAS CORPUS (EXTDTN, RLS FRM PRSN)
**Court Location:** Rockville
**Return Date:** Nov 02 2000
**ADR Status:** Not Applicable

**List Type:** COURT
**Disposition Date:** Oct 11 2001
**Judge/Magistrate:** Hon. D. BARRY
**Disposition:** JUDGMENT OF DISMISSAL
**Trial List Claim:** Nov 03 2000

* 'Last Action Date' is a data entry date, not actual date

## Parties / Attorneys

| Party Name & Address | Pty No. | Pltf / Def | Pro Se | Non Appear |
|---|---|---|---|---|
| KEON WALKER<br>204588 NORTHERN CCI P O BOX 665 SOMERS,CT. 06071<br>**Attorney:** KENNETH FOX (Juris No. 409753)<br>627 QUINNIPIAC AVE<br>NEW HAVEN, CT 06513 | 01 | P | Y | |
| WARDEN STATE PRISON<br>**Attorney:** AAG ANN LYNCH (Juris No. 409860)<br>ATTY GEN-PUBLIC SAFETY<br>110 SHERMAN STREET<br>HARTFORD, CT 06105 2294 | 50 | D | | |

## Motions / Pleadings / Objections

| Entry No | Entry Date | Description | Initiated By | Arguable | Result | Result Date | Ordered By |
|---|---|---|---|---|---|---|---|
| 101.00 | Nov 02 2000 | MOT WAIVE FEE/PAY COSTS | P | No | | | |
| 102.00 | Nov 02 2000 | TRIAL LIST | | Yes | | | |
| 103.00 | Nov 02 | LETTER | Court | No | | | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 2000 |  |  |  |  |  |  |
| 104.00 | Nov 02 2000 | ORDER SEE FILE | Court | No |  |  |  |
| 105.00 | Mar 14 2001 | NOTICE | P | No |  |  |  |
| 106.00 | Jul 30 2001 | MOT APPOINT ATTORNEY | P | No | Granted | Aug 13 2001 | Hon. TERENCE SULLIVAN |
| 107.00 | Aug 16 2001 | MOTION TO DISMISS | D | No | Ordered | Oct 11 2001 | Hon. DAVID BARRY |
| 107.25 | Aug 23 2001 | MOT PERMISSION WD APPRNC | P | No | Ordered | Sep 13 2001 | Hon. EDWARD GRAZIANI |
| 107.50 | Aug 23 2001 | REPORT | P | No |  |  |  |
| 108.00 | Aug 28 2001 | MOTION-SEE FILE | P | No |  |  |  |
| 109.00 | Sep 14 2001 | RECEIPT OF NOTICE | P | No |  |  |  |
| 109.50 | Oct 02 2001 | MOTION TO DISMISS | D | No |  |  |  |
| 110.00 | Oct 11 2001 | JUDGMENT OF DISMISSAL |  | Yes |  | Oct 11 2001 | Hon. DAVID BARRY |
| 111.00 | Oct 31 2001 | MOT TO OPEN JUDGMENT | P | No | Denied | Nov 19 2001 | Hon. DAVID BARRY |
| 112.00 | Nov 26 2001 | PET FOR CERTIFICATION | P | No | Denied | Dec 07 2001 | Hon. DAVID BARRY |
| 113.00 | Dec 26 2001 | APPL APPT COUNSEL/FEES | P | No | Granted | Mar 05 2002 | Hon. DAVID BARRY |
| 114.00 | Mar 18 2002 | APPEAL-APPELLATE COURT | P | No |  |  |  |
| 114.50 | Mar 28 2002 | NOTICE | Court | No |  |  |  |
| 115.00 | Apr 24 2002 | NOTICE | Court | No |  |  |  |
| 116.00 | Aug 12 2002 | NOTICE | Court | No |  |  |  |
| 117.00 | Aug 12 2002 | MOT PERMISSION WD APPRNC | P | No | Denied | Sep 23 2002 | Hon. TERENCE SULLIVAN |
| 118.00 | Aug 12 2002 | BRIEF | P | No |  |  |  |
| 119.00 | Aug 12 2002 | NOTICE | Court | No |  |  |  |
| 120.00 | Sep 23 2002 | MEMORANDUM OF DECISION | Court | No |  |  |  |
| 121.00 | Sep 23 2002 | NOTICE | P | No |  |  |  |
| 122.00 | Oct 10 2002 | MOTION FOR REVIEW | P | No |  |  |  |
| 123.00 | Nov 07 2002 | ORDER SEE FILE | Court | No |  |  |  |
| 124.00 | Nov 15 2002 | ARTICULATION | Court | No |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 125.00 | Dec 09 2002 | ORDER SEE FILE | Court | No | | | |
| 126.00 | Mar 10 2003 | APPELLATE COURT DECISION | | Yes | | Mar 10 2003 | Hon. DAVID BARRY |

Periodic changes to terminology may be made which do not affect the status of the case.

Attorneys | Case Look-up | Courts | Directories | Educational Resources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Search | Home

Common Legal Terms | Contact Us | **Civil/Family Case Disclaimer**

Copyright © 2003, State of Connecticut Judicial Branch

# EXHIBIT C

SUPERIOR COURT G.A. 19 OCT 6 '88 8 48 AM '00 STATE OF CONN

CN 1050 • PETITION OF WRIT OF HABEAS CORPUS
REV. 2/97
INMATE NO. # 204588

SEP 14 9 06 AM '00 SUPERIOR COURT G.A. 19 STATE OF CONN

CONNECTICUT DEPARTMENT OF CORRECTION

*(Notice - File this petition in the county in which you are confined, Somers inmates must file in Hartford. File the original two copies with the court clerk.)*

Inmate No. #204588

Keon walker
*Name of Inmate*

FOR SUBMISSION TO SUPERIOR COURT AT

410 Center St
*Location*

Vs.
Warden

8-28-00
*Date*

RECEIVED NOV 16 OFFICE OF THE CHIEF STATES ATTORNEY CIVIL LITIGATION BUREAU

*******************************************

**PETITION FOR WRIT OF HABEAS CORPUS**

*******************************************

1. Details of conviction and sentence(s) now being served:
   - 1a. Location of court: Manchester, Ct 410 center St
   - 1b. Date of arrest: 4-19-99
   - 1c. Date of guilty plea (*if any*): 11-16-99
   - 1d Date of sentencing: 11-16-99
   - 1e. Name of sentencing judge: Simone
   - 1f. Sentences: 2 years
     *(Specify individual counts)*
     1 year consecutive to 1 year
     *(Concurrent or consecutive)*
   - 1g. Total effective sentence: 2 year
   - 1h. Total time in jail before sentencing: 189 days.
   - 1i. Name of lawyer: Cashman
   - 1j. I plead guilty: yes
     I did not plea guilty but was convicted by a jury___, or a judge___.

FILED AUG 31 2000 HARTFORD J.D.

2. Did you apply for a sentence review? Yes___, No ✓.
   If "yes", what was the result?

INMATE NO. #204588

3. Did you appeal your conviction? Yes___, No ✓.
   3a. If "yes", what issues did you appeal? ______
   3b. Did you appeal the issue(s) you claim in this petition, and if not, why? ______
   3c. What was the result of your appeal? ______
   3d. Who was your lawyer for your appeal? ______

4. Have you filed any other Habeas Corpus petitions? Yes___, No ✓.
   4a. If "yes", in which court did you file Habeas Corpus? ______
   4b. State the docket or case numbers: ______
   4c. Have you raised the issue in this petition in any of the previous petitions? Yes__, No__.
   4d. If "no", why not? ______

## NOTICE

It is not enough to make general allegations using constitutional terms such as "due process" or "cruel and unusual punishment." In fact, these terms need not be used at all. You must state your claim clearly, simply and directly in language YOU can understand. It is not necessary to cite cases. Failure to back up your claim with understandable, factual allegations could mean that a judge will deny your petition before you ever go to court. In other words, what you state here must show the judge that you really have a problem are not just using the system for your own amusement, for a useless try to be released, or to harass the prison.

Also, since this petition must be sworn under oath, any false statement in it could result in a conviction for "false statement" (*C.G.S. 53a-157*).

This form is intended to assist you in giving enough information to the court or your attorney. You may prepare your own petition if you wish, but you must be as detailed about your claim as is this form, or your petition could be returned to you.

I have read the above notice: Leon Walker

(*Signature of Petitioner*)

INMATE NO. #204588

*(You may answer only questions 5 OR 6, not both. If you have a claim relating to both, fill out another form.)*

5. This petition claims that my conviction is illegal because:
   - 5a. Guilty plea not voluntary _____.
   - 5b. Plea bargain with prosecutor not followed _____.
   - 5c. Sentencing illegal _____.
   - 5d. Trial irregularity _____.
   - 5e. My attorney did not represent me properly _____.
   - 5f. Illegal arrest, search, or advice of rights _____.
   - 5g. Mental state at plea or trial was _____.
   - 5h. Other: (*Specify*) _____
   - 5i. State all facts and details to support your claim (*Use additional pages if necessary*):

6. I claim that my confinement at this institution is illegal because:
   - 6a. Incorrect jail time credited to me. Total credited is 112 days. I think it should be 184 total days.
   - 6b. Good time calculated incorrectly. Total days credited _____; I think the total should be _____ days.
   - 6c. Prison hearing on parole _____, furlough _____, discipline _____, classification ✓, other (*specify*) _____, are being denied, or are improper because: the full amount of time wasn't add on! Which is 72 day.
   - 6d. The conditions here are inhumane or dangerous to me because: I'm not going to get released on the day I suppose to.
   - 6e. The medical _____, drug _____, alcohol _____, dental _____, mental health _____, treatment program(s) here is/are: _____

INMATE NO. #204588

6f. A guard _____, inmate _____, other person; named (if known) ____________, has done the following: ____________

6g. Other (*Be specific, or use this space to complete the above answers if needed*): ____________

6h. State all facts and details regarding your claim: (*Use additional pages, if necessary*) The judge granted me the jail creited, I know because I asked in front of the court before I pleaded guilty.

I am asking the court to:

1. Let me withdraw my guilty plea _____.
2. Order new trial or release me _____.
3. Correct the institutional condition complained of ✓.
4. Other (*Specify*): ____________

I do ✓, do not _____ want an attorney to represent me in this claim.

8-28-00
*Date Signed*

Kean Walker
*Signature of Petitioner*

State of Connecticut, County of Kean Walker, petitioner, being duly sworn, states that the above information is true to the best of his/her knowledge.

Robyn DiGennaro
*Notary Public*

August 28, 2000
*Date Notarized*

June 30, 2005
*My Commission Expires*

****************************************
**APPLICATION FOR WAIVER OF FEES**
****************************************

I, Keon Walker, the petitioner herein, am without funds and am unable to pay court entry fees and costs or to engage an attorney. I have $ 2.00, in my prison account and total assets valued at $ 2.00. I ask the court to waive fees and costs having to do with this petition.

8-28-00
*Date Signed*

Keon Walker
*Signature of Petitioner*

State of Connecticut, County of Keon Walker, petitioner, being duly sworn, states that the above information is true to the best of his/her knowledge.

Robyn DiGennaro
*Notary Public*

August 28, 2000
*Date Notarized*

June 30, 2005
*My Commission Expires*

00, AUG 46 10 30

# EXHIBIT D

file copy (AEL)

NO. CV00-3242-S

| | | |
|---|---|---|
| KEON WALKER, Petitioner, | : | SUPERIOR COURT |
| | : | |
| v. | : | JUDICIAL DISTRICT OF TOLLAND AT ROCKVILLE |
| | : | |
| WARDEN, Respondent | : | |
| | : | SEPTEMBER 28, 2001 |

**MOTION TO DISMISS**

The respondent, Warden, respectfully moves pursuant to Connecticut Practice Book 23-29(4) it dismiss the pro se petition for writ of habeas corpus, for the reason that it is moot. The respondent Warden represents that the petitioner discharged from his sentence, time served on July 26, 2001, see record of inmate movement attached. The claims raised concern conditions of confinement and no longer present a live case or controversy. See Mawhinney v. Henderson, 542 F.2d 1, 2 (2d Cir. 1976). "When, during the pendency of an appeal, events have occurred that preclude an appellate court from granting any practical relief through its disposition of the merits, a case has become moot. In re Romance M., 229 Conn. 345, 357, 641 A.2d 378 (1994). It is well-settled general rule that the existence of an actual controversy is an essential requisite to appellate jurisdiction; it is not the province of appellate counts to decide moot questions, disconnected from the granting of actual relief or from the determination of which no practical relief can follow.... Loisel v. Rowe, 233 Conn. 370, 378, 660 A.2d 323 (1995)." (Internal quotation marks omitted.) Conetta v. Stamford, 246 Conn. 281, 295, 715 A.2d 756 (1998). Accordingly, because there is no practical relief that can be afforded by a disposition of the merits of this case, the respondent's motion to dismiss should be granted. See State v. Trantolo,

209 Conn. 169, 549 A.2d 1074 (1988). The petition should be dismissed as moot and the motion to dismiss should be granted.

RESPONDENT

Warden

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: ______________________
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Juris No. 409860

**ORDER**

The foregoing Motion To Dismiss having been duly considered, it is hereby ORDERED: GRANTED/DENIED.

______________________ DATE

______________________ JUDGE/CLERK/ASSISTANT CLERK

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 1st day of ~~September~~ October, 2001, first class postage prepaid, to:

Keon Walker
c/o Clerk of Court
Rockville Superior Court
20 Park Street/Box 980
Rockville, CT 06066

Keon Walker, #204588 (Last known address)
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

Kenneth P. Fox, Esq.
627 Quinnipiac Avenue
New Haven, CT 06513

Ann E. Lynch
Assistant Attorney General