# EXHIBIT E

Box 1182

WALKER, 204588 VS.
WARDEN, STATE PRISON CV-00-0003242-S(SCR)

PLEASE BE ADVISED THAT THE FOLLOWING ORDER HAS BEEN ENTERED IN THE ABOVE CASE:

111.00 PETITIONER'S MOTION TO OPEN DISMISSAL IS DENIED. COURT FINDS THAT THE MATTER IS MOOT. COURT ALSO FINDS THAT IT DOES NOT HAVE JURISDICTION BECAUSE THE PETITIONER HAD BEEN DISCHARGED. JUDGMENT OF DISMISSAL WITH PREJUDICE IS ENTERED DUE TO THE PASSAGE OF TIME.
FLDT 10-31-2001

BARRY, JTR., 11-19-2001

NOTICE SENT 11-21-2001 TO ALL PARTIES OF RECORD CRAIG D. EWAN /T.A.C

AAG ANN E LYNCH
ATTY GEN-PUBLIC SAFETY
110 SHERMAN STREET
HARTFORD CT 06105

SUPERIOR COURT
20 PARK STREET
ROCKVILLE, CONNECTICUT 06066

DATED: NOV 21, 2001
TSR

# EXHIBIT F

| | | |
|---|---|---|
| **No. CV 00-3242-S** | \| | **Superior Court** |
| **Keon Walker** | \| | **Judicial District of Tolland** |
| **v** | \| | **at Rockville / Habeas** |
| **Warden, State Prison** | \| | **October 30, 2001** |

**Motion to Open Dismissal**

The petitioner, by the undersigned, his attorney, hereby moves this Court to open the Dismissal, entered against him in this case on October 11, 2001, without prejudice to his moving to open on or before November 1, 2001, and respectfully states:

1. Despite his failure to contact the undersigned, Attorney Fox, in a timely manner, petitioner did in fact call Attorney Fox on October 11, 2001 to discuss whether his habeas petition should continue to be prosecuted.

2. Attorney Fox arranged to meet with petitioner at his mother's apartment in Hartford on October 24, 2001.

3. Upon arriving at the mother's apartment at the time arranged, Attorney Fox learned that petitioner had been arrested on October 23rd and was again incarcerated.

4. On October 30, 2001, Attorney Fox finally spoke by telephone with petitioner at Hartford Community Correctional Center.

5. Petitioner indicated in that telephone conversation that he believes his guilty plea and conviction in CR 99-166760 on November 16, 1999 in Superior Court-Judicial District of Hartford at Manchester, has impacted a term of probation to which he was sentenced in September, 2001.

6. To evaluate the validity and significance of this possibility, Attorney Fox requires a period of three weeks within which to meet with petitioner and review court files in petitioner's currently open criminal cases.

WHEREFORE, petitioner moves this Court for an Order opening the Dismissal entered on October 11, 2001, for a period of three weeks, i.e. until November 20, 2001, on or before which date petitioner shall either file an amended petition for writ of habeas corpus or acquiesce to the Dismissal of his pro se petition without benefit of further hearing.

The petitioner, Keon Walker,

By Kenneth Paul Fox
Kenneth Paul Fox
Special Public Defender
627 Quinnipiac Avenue
New Haven, CT 06513
(203) 931-3316
Juris No. 409753

**Order**

The foregoing having been considered, petitioner's motion to open the Dismissal entered against him without prejudice to his motion to open on or before November 1, 2001, on October 11, 2001, is hereby ordered:

Granted / Denied

and, if granted, petitioner shall have until on or before ____________, 2001, to either file an amended petition for writ of habeas corpus or acquiesce to the Dismissal of his pro se petition without benefit of further hearing.

By________________________
Judge, Superior Court

**Certification**

This is to certifies that copies of the foregoing were mailed, first class postage prepaid, on October 30, 2001, to:

Ann E. Lynch, AAG
Attorney General-Public Safety
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Mr. Keon Walker
No. 204588
Hartford C. C.
177 Weston Street
Hartford, CT 06120

Kenneth Paul Fox
_______________________
Kenneth Paul Fox

# EXHIBIT G

A&L

| | | |
|---|---|---|
| CV00-0003242 | : | SUPERIOR COURT |
| KEON WALKER | : | TOLLAND JUDICIAL DISTRICT |
| VS. | : | ROCKVILLE, CONNECTICUT |
| COMMISSIONER OF CORRECTIONS | : | OCTOBER 11, 2001 |

B E F O R E:

THE HONORABLE DAVID M. BARRY
JUDGE TRIAL REFEREE

A P P E A R A N C E S:

For the Respondent:

ANN E. LYNCH, ESQ.
Assistant Attorney General
ATTORNEY GENERAL'S OFFICE
110 Sherman Street
Hartford, CT 06106

June C. DePolito
Court Monitor

THE COURT: We also have some cases I believe in which some attorneys are present, that being the Shackleford case, which is number four, and the Walker case, number twelve.

Are the attorneys here on those cases?

MS. LYNCH: Your Honor, I spoke with Attorney Fox yesterday afternoon, who was not going to be planning on being here, but I do have something to report to the Court pursuant to our conversation.

I don't know if Your Honor wants to take that up now or when we get to the matter.

THE COURT: Well, I was going to get to the matters of private counsel first anyway.

MS. LYNCH: Okay.

THE COURT: So, yeah, I'd like to know that.

MS. LYNCH: What Mr. Fox told me is that he's been trying to contact Mr. Walker for the past two weeks and has been unable to do so.

What he suggested, if this is amenable to the Court, is that the Court grant my motion to dismiss without prejudice to him moving to reopen it within the next three weeks, and if he's still unable to get a hold of Mr. Walker after three weeks, then obviously that would -- you know, it's only without prejudice for the three weeks. In other words, he's got three weeks to reopen it.

THE COURT: All right. And this procedure is

                                                                concurred in by you?

MS. LYNCH: Right. The state has no objection to that, judge.

THE COURT: The suggestion of Mr. Fox is adopted. The matter is dismissed without prejudice, meaning that it can be reopened within the next three weeks, and that would be --

THE CLERK: November 1st, Your Honor.

THE COURT: Yes. The petitioner will have until November 1st of this year to reopen the case. If he does not, the matter is then dismissed automatically with prejudice.

For purposes of the record, I want to put the docket number on the record.

CV00-3242. That's the docket number.

That concludes that hearing.

(Whereupon, this matter was concluded.)

----------

Barry, J.

Copies mailed 4/5/2002 to:
Keon Walker (c/o Atty. Rademacher)
Atty. Fox
Atty. Rademacher
AAG Lynch ✓
Judge Barry TGS

| | | |
|---|---|---|
| CV00-0003242-S | : | SUPERIOR COURT |
| KEON WALKER | : | TOLLAND JUDICIAL DISTRICT |
| VS. | : | ROCKVILLE , CONNECTICUT |
| COMMISSIONER OF CORRECTIONS | : | OCTOBER 11, 2001 |

CERTIFICATION

I hereby certify that the foregoing is a true and correct transcript of the proceeding held in the above-entitled case, heard before the The Honorable David M. Barry, Judge Trial Referee, Judicial District of Tolland, Rockville, Connecticut, on the 11th day of October, 2001.

Dated this 2nd day of April, 2002, at Rockville, Connecticut.

June C. DePolito

June C. DePolito

Court Monitor

# EXHIBIT H

# STATE OF CONNECTICUT

AC 22868

KEON WALKER

v.

COMMISSIONER OF CORRECTION

March 6, 2003

## NOTICE OF DISMISSAL

PURSUANT TO THE APPELLATE COURT ORDER OF FEBRUARY 19, 2003 ORDERING THE DISMISSAL OF THE ABOVE-CAPTIONED APPEAL UNLESS THE PETITIONER-APPELLANT'S BRIEF WAS FILED ON OR BEFORE MARCH 5, 2003, AND AS OF THIS DATE, SAID BRIEF HAS NOT BEEN FILED, YOU ARE HEREBY ADVISED THAT THE APPEAL IS DISMISSED.

BY THE COURT,

Cynthia M. Dubreck

ASSISTANT CLERK-APPELLATE

NOTICE SENT: 3/6/03
KEON WALKER, PRO SE
ANN E. LYNCH, ASSISTANT ATTORNEY GENERAL
CLERK, SUPERIOR COURT, TOLLAND, CV000204568S
HON. DAVID M. BARRY
PAC

SUPERIOR COURT
MAR 10 9 42 AM '03

bjm

020226