

FILED

2003 OCT -1  A 11: 38

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEON WALKER                             :      PRISONER

V.                                      :      CASE NO. 3:02CV1015(CFD)(WIG)
                                        :
                                        :
COUNSELOR DICKSON                       :      SEPTEMBER 30, 2003

**THE DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE
A MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Local Rules of Civil Procedure, the defendant respectfully moves for a two week extension of time (until October 20, 2003) to file for summary judgment. Undersigned counsel represent as follows:

1. A motion for summary judgment is due October 6, 2003.

2. This case concerns a claim by the plaintiff that the defendant interfered with his right to litigate a habeas corpus matter, Walker v. Warden, CV-00-003424, which was filed in Connecticut Superior Court. The undersigned has completed the motion and memorandum of law in support of summary judgment. In order to ensure complete accuracy, the undersigned needs to review the above-referenced habeas file. That file is in storage at the State Records Department at Rocky Hill. Counsel requested the file some time ago but there has been a delay in receiving the file. Production of the file is expected shortly

3. This is the second request for an extension of time. The defendant asked for and received a one-month extension of time.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

[Handwritten margin notation: Motion GRANTED. This is SO ORDERED. 10/22/03 — WILLIAM I. GARFINKEL, U.S.M.J.]