UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEON WALKER

                        PRISONER
v.                           Case No.   3:02v1015 (CFD)

COUNSELOR DICKSON

## J U D G M E N T

This cause came on for consideration on the defendant's motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge.

The court has considered the motion for summary judgment and all related papers. On September 22, 2004, the court filed its Ruling and Order granting defendant's motion and directing the Clerk to close this case.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendant and the case is closed.

Dated at Bridgeport, Connecticut this 22nd of September, 2004.

                                              KEVIN F. ROWE, Clerk

                                              By /s/ Donna P. Thomas
                                                 Donna P. Thomas
                                                 Deputy Clerk

Entered on the Docket _____